IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**RICHARD LEE HUNT, JR.,**

    Petitioner,

v.                                                                   Civil Action No. 3:16cv29
                                                                                 (GROH)

**DAVID BALLARD,**

    Respondent.

## ORDER DIRECTING CONFIDENTIAL PERSONAL INFORMATION TO BE SEALED

On March 17, 2016, *pro se* Petitioner filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254. On May 9, 2016, Respondent filed a Motion to Dismiss, attaching various documents, one of which was a copy of the state court's judgment order, which included a reference to the minor victim of sexual assault by his full name. ECF No. 12-1 at 5. Subsequently, on September 30, 2016, Respondent filed a Motion for Summary Judgment, attaching a copy of the transcript for Petitioner's underlying state criminal case trial; within it, the minor victim is again repeatedly identified throughout by his full name. See ECF No. 32-1. Because ECF No. 12-1 and ECF No. 32-1 contain personal identifiers relative to the minor victim of sexual assault in Petitioner's underlying criminal case, those records should be sealed.

    IT IS SO ORDERED.

The Clerk of Court is ordered to seal ECF No. 12-1 and ECF 32-1 pursuant to the E-Government Act of 2002. The Clerk is further directed to provide a copy of this Order to Petitioner, via certified mail, return receipt requested, at his last known address as reflected on the docket, and to transmit a copy electronically to all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Filing in the United States District Court.

DATED: March 14, 2017

                                                /s/ James E. Seibert  
                                                JAMES E. SEIBERT  
                                                UNITED STATES MAGISTRATE JUDGE